139 So.2d 619

**Leon McINTYRE**

v.

**STATE.**

3 Div. 990.

Supreme Court of Alabama.

March 29, 1962.

Certiorari to Court of Appeals.

Leon McIntyre pro se.

MacDonald Gallion, Atty. Gen., and John G. Bookout, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Leon McIntyre for certiorari to the Court of Appeals to review and revise the judgment and decision in McIntyre v. State, 139 So.2d 618 (3 Div. 84).

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

136 So.2d 923

**Sylvester MARCUS**

v.

**CITY OF BIRMINGHAM.**

6 Div. 819.

Supreme Court of Alabama.

Jan. 18, 1962.

Petition of Sylvester Marcus for certiorari to the Court of Appeals to review and revise the judgment and decision in Marcus v. City of Birmingham, 136 So. 2d 920 (6 Div. 812).

Wm. Conway, Birmingham, for petitioner.

Wm. C. Walker, Birmingham, opposed.

LIVINGSTON, Chief Justice.

While not approving everything that is said in the opinion of the Court of Appeals, we are of the opinion the writ of certiorari is due to be, and is, denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

143 So.2d 312

**Perry W. MOORE, alias,**

v.

**STATE.**

3 Div. 18.

Supreme Court of Alabama.

July 12, 1962.

Certiorari to Court of Appeals.

Perry W. Moore, alias, pro se.

MacDonald Gallion, Atty. Gen., opposed.

HARWOOD, Justice.

Petition of Perry W. Moore for certiorari to the Court of Appeals to review and revise the judgment and decision in Moore v. State, 143 So.2d 312 (3 Div. 118).

Writ denied.

LIVINGSTON, C. J., and SIMPSON and MERRILL, JJ., concur.